# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK DUPREE EDWARDS, | No. 4:18-CV-00503 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| COMMONWEALTH OF PENNSYLVANIA, | |
| Defendant. | |

## ORDER

**MARCH 15, 2019**

On January 29, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny Petitioner's Motion to Reopen Case. Objections to that Report and Recommendation were due by February 12, 2019, but none were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carlson, ECF No. 9, is **ADOPTED IN ITS ENTIRETY**.

2. The Motion to Reopen Case, ECF No. 7, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge